UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

---

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                              Case No. 21-CV-1232

TWENTY-SEVEN ASSORTED FIREARMS,

APPROXIMATELY FORTY-SIX ASSORTED
LOADED MAGAZINES,

FOUR SILENCERS, and

APPROXIMATELY 13,146 ROUNDS OF
ASSORTED AMMUNITION,

    Defendants.

---

## JUDGMENT OF DEFAULT AND FORFEITURE

---

**THIS CAUSE** having come before this Court upon plaintiff's Motion for Default Judgment,

The Court FINDS that no timely verified claim has been filed as to the defendant properties, more fully described as follows:

    A.    Twenty-seven assorted firearms,

|    | Description | Serial No. |
|----|-------------|------------|
| 1. | PC Charger Ruger 9mm pistol with silencer | 913-00915 |
| 2. | Mossberg Patriot .308 Win rifle | MPR0038352 |
| 3. | Savage Arms Stevens .22LR rifle with one magazine | L271695 |
| 4. | Mossberg Patriot .308 Win rifle with silencer | MPR0223260 |
| 5. | Bushmaster Carbon 15 .223 with silencer and one magazine | CBC075356 |
| 6. | Ruger 10/22 Carbine .22LR rifle with magazine | 250-16396 |
| 7. | Smith and Wesson MP15 5.56 rifle with silencer | SW52129 |
| 8. | Anderson Manufacturing AM15 rifle | 19197984 |

|     | Description | Serial No. |
| --- | --- | --- |
| 9.  | Marlin Model 60 .22LR rifle | 96440420 |
| 10. | Savage Arms .22LR rifle with silencer | 3472705 |
| 11. | Ruger .22LR rifle | 0010-75132 |
| 12. | G-Force Arms semi auto 12 gauge shotgun with one Panzer Arms magazine | 20-3150 |
| 13. | Savage Arms Stevens 410 gauge shotgun | 206481H |
| 14. | Westernfield M150D 410 gauge shotgun with .22 barrel | 1238843 |
| 15. | Remmington 870 12 gauge shotgun | 154002V |
| 16. | Boito 20 gauge short barrel shotgun | 403851 |
| 17. | Spikes Tactical Mod ST15 pistol | SHM008531 |
| 18. | Berretta ARX160 .22LR pistol with silencer and two magazines | PB025987 |
| 19. | Charter Arms .38 special revolver | 18-00540 |
| 20. | Berretta 92FS 9mm pistol with one magazine | BER391906Z |
| 21. | Berretta U22 .22LR pistol with magazine | T73452 |
| 22. | Ruger EC9S 9mm pistol with five magazines | 455-58427 |
| 23. | Sig Sauer P228 .40 pistol | B224286 |
| 24. | Ruger Security 9 9mm pistol with two magazines | 38202468 |
| 25. | Ruger SR22 .22LR pistol with silencer and two magazines | 36856559 |
| 26. | Smith and Wesson M&P 9mm pistol with one magazine | NEM8378 |
| 27. | Ruger SR9 9mm pistol with one magazine | 338-26925 |

      B.      Approximately forty-six assorted loaded magazines,

| 28. | Seven .22LR magazines |
| --- | --- |
| 29. | Two .45 magazines |
| 30. | Thirteen .223 magazines |
| 31. | One .223 drum magazine |
| 32. | Thirteen 5.56 magazines |
| 33. | One 9mm magazine |
| 34. | Seven 9mm extended magazines |
| 35. | One semi-automatic shotgun magazine |
| 36. | One .38 special speed loader magazine |

      C.      Four silencers, and

      D.      Approximately 13,146 rounds of assorted ammunition.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the defendant properties be and hereby are forfeited to the United States of America and that no right, title or interest in the defendant properties shall exist in any other party.

**IT IS FURTHER ORDERED** that the defendant properties shall be seized forthwith by the United States Customs and Border Protection or its duly authorized agent and shall be disposed of according to law.

Dated at Green Bay, Wisconsin, this 10th day of January, 2022.

APPROVED:

   s/ William C. Griesbach
WILLIAM C. GRIESBACH
United States District Judge

Judgment entered this 10th day of <u>January</u>, 2022.

   GINA COLLETTI
   Clerk of Court

By:
   <u>s/Lori Hanson</u>
   Deputy Clerk